IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ARISTOCLES ENTERPRISES, LLC<br>d/b/a THE PLATO GROUP,<br><br>  Plaintiff,<br><br>v.<br><br>KEU, INC.,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  Case No. 6:23-cv-262-JDK<br>§<br>§<br>§<br>§<br>§ |

**DEFAULT JUDGMENT**

For the reasons stated in the Court's order (Docket No. 10), default judgment is hereby **ENTERED** in favor of Plaintiff Aristocles Enterprises, LLC d/b/a The Plato Group ("Plato") pursuant to Federal Rule of Civil Procedure 55(b)(2). It is further

**ORDERED** that Plato shall recover from Defendant KEU, Inc. ("KEU") actual damages in the amount of $94,273.75. It is further

**ORDERED** that Plato shall recover from KEU reasonable attorneys' fees in the amount of $4,605 and costs in the amount of $457, pursuant to Texas Civil Practice & Remedies Code § 38.001 and Federal Rule of Civil Procedure 54(d). It is further

**ORDERED** that Plato shall recover from KEU prejudgment interest in the amount of $4,434.74. It is further

**ORDERED** that Plato shall recover from KEU post-judgment interest on all amounts awarded at the rate of 5.16% per annum, compounded annually from the

date of judgment until judgment is paid in full, pursuant to 28 U.S.C. § 1961. It is further

**ORDERED** that this Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **5th** day of **December, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE